**SNYDER LAW, LLP**
**Barry Clifford Snyder (SB# 62844)**
**Evan R. McDonough (SB# 311101)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
bsnyder@snyderlaw.com
emcdonough@snyderlaw.com

Attorneys for Defendant JAMES SOLEN NICKELSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DANIEL SCOTT CROWDER, | Case No. 1:18-CV-00521-LJO-JLT |
| Plaintiffs, | [Kern County Superior Court Case No. BCV-17-102755 DRL] |
| v. | *Hon. Lawrence J. O'Neill* |
| JAMES SOLEN NICKELSON, TUFF TRANSPORT, INC., and DOES 1 to 50, Inclusive, | **ORDER ON STIPULATION TO REMAND ACTION AND WAIVE CLAIMS FOR SANCTIONS** |
| Defendants. | |

Having considered the parties' Stipulation To Remand Action and Waive Claims For Sanctions and finding good cause therefore, this matter is forthwith remanded to Kern County Superior Court.

IT IS SO ORDERED.

Dated: __**June 15, 2018**__ _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE